BERTHA LANDERS, Appellant, v. BRYAN HUSTED and EDWARD FITZGERALD, Respondents.    (Action No. 5.) — Same decision and like cause of action as in companion case last above.    Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

ANTOINETTE CHURCHMAN BARLOW, as Administratrix, etc., of FRANCES CHURCHMAN, Deceased, Appellant, v. BRYAN HUSTED and EDWARD FITZGERALD, Respondents.    (Action No. 1 and four other actions.) — Order affirmed, with ten dollars costs and disbursements.    (See memorandum filed in *Barlow* v. *Husted* and companion cases, *ante*, p. 969 and p. 970, decided herewith.)    All concur.    (The order denies plaintiffs' motion to amend the Record on Appeal.)    Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, ex rel. JACK KENNEDY, Appellant, v. WILLIAM HUNT, as Warden of Attica State Prison, Attica, N. Y., Respondent.— Order affirmed, without costs of this appeal to either party.    All concur.    (The order dismisses a writ of habeas corpus and remands relator into custody.)    Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

GRACE OTIS, Respondent, v. STARRETT-SYRACUSE CORPORATION, Appellant.— Judgment and order affirmed, with costs.    All concur.    (The judgment is for plaintiff in a negligence action.    The order denies a motion for a new trial.)    Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of the Estate of MARY A. CARMICHAEL, Deceased.    MARTHA YOUNG, Appellant; MERTIE C. KIRBY, Respondent.— Decree affirmed, with costs payable out of the estate.    Memorandum: From the fact that Waddell Carmichael married the mother of petitioner before petitioner was born a presumption arises that he was the father of petitioner (*Matter of Lentz*, 247 App. Div. 31, 34); but beyond that the record amply supports the finding that he was in fact the petitioner's father, and that petitioner is the only heir of decedent.    All concur. (The decree adjudges petitioner to be the sole heir and next of kin and distributee of decedent, in a proceeding to establish inheritance rights.)    Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.